AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>330 North Crescent Drive, Apartment 310, Beverly Hills, CA 90210, including balcony and any storage space | Case No. 2:21-MJ-04553 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-1*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for____days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: October 1, 2021 1:05 p.m.

_____
Judge's signature

City and state: Los Angeles, CA

Hon. Alka Sagar, U.S. Magistrate Judge
*Printed name and title*

AUSA: K. Shobaki x0759

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:21-MJ-04553 | Date and time warrant executed: 10/6/2021, 0700 A.M. | Copy of warrant and inventory left with: MOHAMED ABOURCHED |
| Inventory made in the presence of: MYSELF, SPECIAL AGENT AUSTIN HUNT |||
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHMENT |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/12/2021

*Executing officer's signature*

AUSTIN W. HUNT, SPECIAL AGENT
*Printed name and title*

# UNITED STATES SECRET SERVICE

| | |
|---|---|
| Report Number: | Starting Date/Time: 10/06/2021 0826 |
| Starting Date / Time: | Ending Date / Time: 10/06/2021 1150 |
| Suspect(s) Name: Mohamed Magdi Abourched | |
| Address Location: 330 N. Crescent Drive, Apt. 310, Beverly Hills 90210 | |
| Seizing Agent: | Badge Number: |
| Tabulation Agent: | Badge Number: |
| Witness: | Badge Number: |

| Item # | Item Description: | Room | Location in Room: | Found By: |
|---|---|---|---|---|
| 1 | Silver iPhone SE - IMEI 358541076940577 | B - Living Room | Glass Table | A. Hunt |
| 2 | Silver iPhone IMIE - 358372064010318 | B - Living Room | Glass Table | A. Hunt |
| 3 | Samsung Galaxy Note 9 - IMEI 359480091176470 | B - Living Room | Glass Table | A. Hunt |
| 4 | Silver iPhone 12 Pro MAX - IMEI 355660523847913 | E - Bedroom | Nightstand | A. Hunt |
| 5 | Blue iPhone 12 Pro MAX - IMEI 356714110515273 | E - Bedroom | Nightstand | A. Hunt |
| 6 | Black Dell Laptop - Service Tag 5JFFBF1 | Garage Storage Unit | Hello Fresh Cardboard Box | J. Gago |
| 7 | Silver Dell Laptop - Service Tag 3Z7GY41 | Garage Storage Unit | Hello Fresh Cardboard Box | J. Gago |
| 8 | Grey Toshiba Laptop - Serial Number 8C061567Q | Garage Storage Unit | Hello Fresh Cardboard Box | J. Gago |
| 9 | Grey/Blue Dell Inspiron - Service Tag 8FBBZ11 | Garage Storage Unit | Hello Fresh Cardboard Box | J. Gago |
| 10 | Blue Sony Vaio - Serial Number 28307030303102043 | Garage Storage Unit | Hello Fresh Cardboard Box | J. Gago |
| 11 | 5 Business Ledger Books | Garage Storage Unit | | J. Gago |
| 12 | White envelope with various bank statements | Garage Storage Unit | | J. Gago |

| # | Item | Location | Sub-location | Collected by |
|---|------|----------|--------------|--------------|
| 13 | Misc. Financial Documents | Garage Storage Unit | | J. Gago |
| 14 | Misc. Financial Documents | Garage Storage Unit | | J. Gago |
| 15 | Silver HP Envy Laptop w/ charger - SN 5CD035K96L | B - Living Room | Small Table | A. Hunt |
| 16 | Seagate 5TB Hard Drive - SN NNABAA31V | B - Living Room | Small Table | A. Hunt |
| 17 | Apple A2141 Silver Laptop - SN C02DX2BFMD6Q | B - Living Room | Small Desk | A. Hunt |
| 18 | Apple iPad A1538 S/N F9FTRAYEGHKL | B - Living Room | Desk Drawer | A. Hunt |
| 19 | Silver/Orange USB | B - Living Room | Desk Drawer | A. Hunt |
| 20 | Silver USB | B - Living Room | Desk Drawer | A. Hunt |
| 21 | Transcend TS1TSJ25M3S - S/N F44194-1581 | B - Living Room | Desk Drawer | A. Hunt |
| 22 | Yellow Notepaper with passwords | B - Living Room | Desk Drawer | A. Hunt |
| 23 | Black Toshiba Satellite P55W-C5316 - S/N 3G041931S | A1 - Living Room Closet | Shelf | A. Hunt |
| 24 | Currency (888 x $20 = $17760) | E - Bedroom | Closet Safe | A. Hunt |
| 25 | Currency (35 x $20 = $700) | B - Living Room | Purse | A. Hunt |
| 26 | Currency (50 x $100 = $5000) | E - Bedroom | Closet Safe | J. Gago |
| 27 | Currency (3 x $50, 1 x $100 = $250) | E - Bedroom | Black Wallet in Closet Safe | J. Gago |
| 28 | Currency (10 x $20, 3 x $100 = $400) | E - Bedroom | Bookcase inside faux book | J. Gago |
| 29 | Copy of Check to Homeland Security | E - Bedroom | Bottom Left Drawer | J. Gago |
| 30 | Silver BMW USB | E - Bedroom | Bookcase | J. Gago |
| 31 | Red PNY Flashdrive 64GB | E - Bedroom | Bookcase | J. Gago |

| # | Item | Location | Sub-location | Officer |
|---|---|---|---|---|
| 32 | Red Apple iPhone (chipped top left corner) | E - Bedroom | Closet Safe | J. Gago |
| 33 | 9 Chase Checkbooks | E - Bedroom | Closet Safe | J. Gago |
| 34 | Chase Bank Statement w/ envelope | A - Office | Desk | S. Dougherty |
| 35 | Checks/Financial Docs/3 Access Device Cards/Applications | B - Living Room | Briefcase | M. Blasiole |
| 36 | 9 CA DL (8 for Mohamed, 1 for Maria) | E - Bedroom | Top Drawer closet by living room door | J. Gago |
| 37 | Various Documents (Ace Hat Insurance Statement) | B - Living Room | Briefcase | M. Blasiole |
| 38 | Various Financial Documents | E - Bedroom | Bookcase | J. Gago |
| 39 | Charter Arms Corp. Bulldog .44 Special - S/N 723845 | E - Bedroom | Underneath Bed | A. Hunt |
| 40 | Bank/Financial Documents | E - Bedroom | Closet near living room | J. Gago |
| 41 | Bank/Real Estate Documents | E - Bedroom | Bottom Drawer of closet by living room door | J. Gago |
| 42 | Receipts/Financial Documents | A - Office | Desk Drawer | J. Gago |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |

| 51 | 52 | 53 | 54 |
|---|---|---|---|
|  |  |  |  |