TRACY WILKISON
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Deputy Chief, Cyber & I.P. Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-0759
     Facsimile:    (213) 894-2927
     E-mail:       khaldoun.shobaki@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In re Search of 330 North Crescent Drive, Apartment 310, Beverly Hills, CA 90210, including balcony and any storage space | No. 2:21-MJ-4553<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES; DECLARATION OF KHALDOUN SHOBAKI<br><br>**(UNDER SEAL)** |
|---|---|

The United States of America, by and through its counsel of record, hereby applies for an order extending by 120 days the time within which the government may retain and search digital devices seized pursuant to a federal search warrant.

This application is based on the attached declaration of

//

//

//

Khaldoun Shobaki and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: January 27, 2022               Respectfully submitted,

                                      TRACY WILKISON
                                      United States Attorney

                                      CHRISTOPHER D. GRIGG
                                      Assistant United States Attorney
                                      Chief, National Security Division


                                      /s/*Khaldoun Shobaki*
                                      KHALDOUN SHOBAKI
                                      Assistant United States Attorney

                                      Attorneys for Applicant
                                      UNITED STATES OF AMERICA

**DECLARATION OF KHALDOUN SHOBAKI**

I, Khaldoun Shobaki, hereby declare and state:

1. I am the Assistant United States Attorney in this district assigned to this investigation.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the digital devices and other items seized pursuant to the warrant, including the following digital devices and other items described below (the "SUBJECT DIGITAL DEVICES"):

   a. Apple iPhone SE, Serial Number 358541076940577;
   b. Apple iPhone 12 Pro Max, Serial Number 355660523847913;
   c. Apple laptop, model A2141, Serial Number C02DX2BFMD6Q;
   d. HP Envy laptop, model 15EP0035CL, Serial Number 5CD035K96L;
   e. Seagate Hard Drive, 5TB, Serial Number NABAA31V;
   f. Apple iPhone 12 Pro Max, Serial Number 356714110515273;
   g. Samsung Galaxy Note9, Serial Number 359480091176470;
   h. Apple iPhone 6, Serial Number 358372064010318;
   i. Apple iPhone 8 Plus, Serial Number 356115091446282;
   j. Apple iPad, model A1538, Serial Number F9FTRAYEGHKL;
   k. Transcend Hard Drive, model TS1TSJ25M3S, Serial Number F44194-1581;
   l. Toshiba Satellite laptop, model P55W-C5316, Serial Number 3G041931S;

1               m.    Dell Inspiron 1521 laptop, model PP22L, Serial Number
2    5JFFBF1;
3               n.    Dell Inspiron 8600 laptop, model PP02X, Serial Number
4    327GY41;
5               o.    Toshiba Satellite laptop, model S850, Serial Number
6    8C061567Q;
7               p.    Dell Inspiron 4150 laptop, Serial Number 8FBBZ11;
8               q.    Sony Vaio laptop, model PCGXG18, Serial Number
9    283070303102043;
10              r.    "PNY" Thumb Drive, 64 GB;
11              s.    "BEEPRT" Thumb Drive;
12              t.    "ENERCOM Consulting" Thumb Drive; and
13              u.    "BMW" Thumb Drive.
14         3.   On October 1, 2021, Special Agent Austin Hunt of the United
15   States Secret Service obtained a federal search warrant issued by the
16   Honorable Alka Sagar, United States Magistrate Judge, authorizing the
17   search of the premises, balcony, storage space, and digital devices
18   located at 330 North Crescent Drive, Apartment 310, Beverly Hills, CA
19   90210 (the "SUBJECT PREMISES"). The warrant, which is incorporated
20   herein by reference, authorized the seizure of digital devices from
21   the SUBJECT PREMISES for a period of 120 days to allow the government
22   to search such devices for evidence of violations of 18 U.S.C. § 1343
23   (wire fraud) and 18 U.S.C. §§ 1956(a)(3), 1956(h), and 1957 (money
24   laundering and conspiracy to commit the same).
25         4.   On October 6, 2021, federal agents and local law
26   enforcement officers executed the search warrant and seized the
27   SUBJECT DIGITAL DEVICES. On that date, law enforcement executed four
28   search warrants related to the investigation, including one

2

residence, two offices, and one vehicle. The government has or will file an application seeking an extension of time to review four additional digital devices seized pursuant to one of the other warrants executed on October 6, 2021.

5.  This is the first request for an extension. The current deadline by which the government must complete its review of the SUBJECT DIGITAL DEVICES is February 3, 2022.

6.  Based on information provided to me by agents assigned to this matter, I understand that the process of reviewing information from the four search warrants executed on October 6, 2021 is underway. Devices seized under the warrants were provided to the Detroit Michigan Digital Evidence Forensic Laboratory of the United States Secret Service, which has prioritized the processing and analysis of these devices. The laboratory has been imaging the devices and uploading the images onto systems that preserve the integrity of the original evidence and that enable the evidence to be searched with greater efficiency. Some devices take 3-4 days to process, and multiple devices have caused crashes that require starting anew. Additionally, some of the devices have required the laboratory to obtain specialized software, which the forensic analyst has had to learn to utilize in order to continue the examination process. The analysis process entails significant amount of research and troubleshooting by the forensic examiner, particularly when dealing with encrypted devices. Only after a device is imaged can the forensic analyst and investigative agents analyze its contents to search for evidence pursuant to the warrant. Due to the volume of the materials and the specific difficulties the laboratory has

3

experienced in processing certain devices, review of the information is extremely time-consuming.

7. For these reasons and the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL DEVICES:

   a. The forensic review of digital devices is time consuming. Agents cannot simply turn on computers and review their contents because merely turning on a computer and reviewing its contents changes the data on the computer. Specialized techniques and proprietary computer software are required to review much of the information to ensure that evidence remains in a pristine and usable condition and is not affected by the review process. The review also must be conducted by analysts and agents with specialized training and knowledge of the investigation to ensure that the review is done thoroughly and in a forensically sound fashion. This process takes a substantial amount of time.

   b. The SUBJECT DIGITAL DEVICES were seized pursuant to one of four search warrants executed on October 6,2021, that in total contain over 12 terabytes of digital information, as well as documents and other materials (collectively, the "SEIZED MATERIALS"). This is a massive amount of information. For example, one gigabyte could hold the contents of about ten yards of books on a shelf. One hundred gigabytes could hold an entire library floor of academic journals. One thousand gigabytes is equivalent to one terabyte, which equates to ten library floors of academic journals. Therefore, over 12 terabytes of information equates to over 120 floors of books.

   c. Many of the SUBJECT DIGITAL DEVICES and SEIZED MATERIALS contain relevant data and/or documents that are password

4

protected, or require specialized or proprietary software to access in an understandable format.

        d.    Accordingly, the government respectfully requests additional time for the agents to review the SUBJECT DIGITAL DEVICES.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 27, 2022

                                            /s/ *Khaldoun Shobaki*
                                            KHALDOUN SHOBAKI
                                            Assistant United States Attorney